IRA B. STECHEL *v.* PATRICIA LYNN FOSTER

The plaintiff's petition for certification for appeal from the Appellate Court, 125 Conn. App. 441 (AC 30985), is denied.

*Heidi E. Opinsky,* in support of the petition.

*Joseph T. O'Connor,* in opposition.

Decided January 20, 2011

STATE OF CONNECTICUT *v.* ZACHARY JAY ELSON

The defendant's petition for certification for appeal from the Appellate Court, 125 Conn. App. 328 (AC 31511), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the defendant's claims were not reviewable under *State* v. *Golding,* 213 Conn. 233, 567 A.2d 823 (1989)?"

EVELEIGH, J., did not participate in the consideration of or decision on this petition.

The Supreme Court docket number is SC 18737.

*Hubert J. Santos, Hope C. Seeley* and *Benjamin B. Adams,* in support of the petition.

*Timothy J. Sugrue,* senior assistant state's attorney, in opposition.

Decided January 20, 2011